IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

NICHOLAS THOMPSON, as
Father and Next Friend of B.T.,
a minor                                                                                    PLAINTIFF

v.                              No. 3:22-cv-62-DPM

RECTOR SCHOOL DISTRICT                                            DEFENDANT

## JUDGMENT

Thompson's complaint is dismissed with prejudice. The Court retains jurisdiction until 9 December 2022 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

14 October 2022